```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARLON COBAR
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```



FILED

MAY 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09-CR-00167 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER FOR DISMISSAL |
| v. | ) | OF INDICTMENT WITHOUT |
| | ) | PREJUDICE |
| NICHOLAS D. FERRY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant NICHOLAS D. FERRY without prejudice and in the interest of justice.

DATED: May 14, 2009

_____
HONORABLE LAWRENCE J. O'NEILL
United States District Court Judge