LAWRENCE G. BROWN
Acting United States Attorney
MARLON COBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000


FILED
MAY 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:09-cr-167 LJO |
|---|---|
| Plaintiff, | ) REQUEST BY THE UNITED STATES ) FOR RECALL OF WARRANT |
| v. | ) |
| NICHOLAS D. FERRY, | ) |
| Defendant. | ) |

Comes now the United States, by and through its attorney of record, Lawrence G. Brown, Acting United States Attorney, and Marlon, Assistant United States Attorney, and request leave of the court to recall the warrant issued as to NICHOLAS D. FERRY in the interest of justice.

DATED: May 21, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By _____
MARLON COBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 22, 2009

_____
GARY S. AUSTIN
United States Magistrate Judge

1